**Robert E. MORGAN, Movant/Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 100425**

Missouri Court of Appeals,
Eastern District,
**DIVISION ONE.**

Filed: December 16, 2014

Andrew E. Zleit, 1010 Market Street, Suite 1100, St. Louis, MO 63101, for appellant.

Chris Koster, Atty. Gen., Gabriel E. Harris, Asst. Atty. Gen., P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before Lawrence E. Mooney, P.J., Clifford H. Ahrens, J., and Lisa Van Amburg, J.

**ORDER**

PER CURIAM

The movant, Robert E. Morgan, appeals the motion court's judgment denying his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. We have reviewed the parties' briefs and the record on appeal and find no clear error. Rule 24.035(k). An opinion would have no precedential value. The parties have been provided with a memorandum, for their information only, setting forth the reasons for this decision.

1. Unless otherwise indicated, all further statutory references are to RSMo 2000 as amend-

We affirm the motion court's judgment denying the movant's Rule 24.035 motion for post-conviction relief. Rule 84.16(b)(2).